IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MELISSA BALL, et al., | No. C 13-3053 CW |
|---|---|
| Plaintiffs, | ORDER DENYING MOTION TO LIFT STAY (Docket No. 15) |
| v. | |
| MCKESSON CORPORATION & SMITHKLINE BEECHAM CORPORATION, | |
| Defendants. | |

This action is currently stayed pending transfer by the Judicial Panel on Multidistrict Litigation.  Plaintiffs move to lift the stay and seek leave to file a motion to remand.  Because Plaintiffs have not presented any compelling reason to lift the stay, their motion is DENIED.  Plaintiffs may not file a motion to remand in this Court until the stay has been lifted.

IT IS SO ORDERED.

Dated:  7/25/2013

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California